## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Thomas L Pearson, et al,

          Plaintiff,

vs.

University of Chicago,

          Defendant.

Case No.: 18-CV-099-JFH-JFJ
Proceeding: Phone Scheduling Conference
Date: 7/23/2021
Time: 10:00-10:20

**MINUTE SHEET**

John F. Heil III, Chief U.S. District Judge     P. Lynn, Deputy Clerk     No Court Reporter

Counsel for Plaintiff: Scott Hathaway, Isaac Ellis, Dan Shapiro

Counsel for Defendant: Andrew Baak, Luke Beasley, Jeff Hall, Bill Leach, Faye Teller, Elizabeth Shanin

MINUTES:

Case called for scheduling conference by phone regarding the joint motion to extend trial setting (Dkt No 329). Case discussed. Scheduling discussed. The current scheduling order is stricken.

Court proposes options for trial:

- Case to be placed on our trailing civil docket
- Special setting for May 9, 2022, limited to five days of trial
- Consent to the Magistrate
- Consent to a non-jury trial before Judge Kern
- After the Court rules on the pending motions, case set on a trial docket.

Parties to confer and notify courtroom deputy by Friday, 7/30/21 of preference for trial setting.